**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Evyan WALLACE, Defendant–
Appellant.**

No. 06–10291
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2007.

Diane Marie Kozub, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Evyan Wallace appeals the sentence he received upon revocation of his term of supervised release. He argues that the sentence is unreasonable because it exceeds the sentencing range recommended by the relevant policy statements in the Sentencing Guidelines and because the district court failed to specify its reasons for the sentence. The Government moves to dismiss the appeal or for summary affirmance on the basis that we lack jurisdiction to consider it under 18 U.S.C. § 3742(a)(4). Wallace has served the entirety of his sentence and was released from prison on February 6, 2007. Because the issue raised in Wallace's appeal is moot, the appeal is DISMISSED. *See Spencer v. Kemna,* 523 U.S. 1, 7, 15, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The Government's motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

